IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO.   MO:10-CR-00292 |
| | § | |
| MARCUS DESHAW HICKS | § | |

## ORDER

Before the Court is the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 369) filed August 4, 2020, the Defendant's Supplement to the Motion for Compassionate Release (Doc. 371) filed August 7, 2020, and the Government's Response to the Motion (Doc. 372) filed September 10, 2020. After considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, the Court **DENIES** the Defendant's Motion on its merits. Accordingly,

It is **ORDERED** the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 369) filed August 4, 2020, is **DENIED.**

It is so **ORDERED**.

SIGNED this 15th day of September, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE